**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **SAINT PAUL'S BY-THE-SEA EPISCOPAL CHURCH,** *et al.*, | |
| *Plaintiffs/Counter-Defendants*, | |
| **v.** | **Civil No.: 1:26-cv-02416-JRR** |
| **MAYOR AND CITY COUNCIL OF OCEAN CITY, MARYLAND,** | |
| *Defendant/Counter-Plaintiff.* | |

**ORDER AMENDING SCHEDULING ORDER**

The court is in receipt of the parties' Initial Joint Status Report at ECF No. 13 in which Defendant/Counter-Plaintiff ("Defendant") requests an extension of the scheduling order deadlines by 90 days over Plaintiffs/Counter-Defendants' ("Plaintiffs") objection. Inasmuch as the parties appear to agree that discovery will be fairly limited in this matter and Defendant's assertion of "other demands on defense counsel's time" is vague, the court declines to extend the scheduling order deadlines by 90 days. Nevertheless, cognizant of counsel's representation about calendar challenges, the court will permit a 45-day extension to the deadlines as set forth below. Plaintiffs' objection that they "see[] little need for discovery," devoid of factual basis or argument, is noted but overruled where Plaintiffs would appear to suffer no prejudice by delay, especially in view of defense counsel's representation that Defendant will suspend enforcement pending resolution of this action. Accordingly, it is this 7th day of August 2026,

**ORDERED** that the Scheduling Order at ECF No. 11 shall be amended as set forth herein. The order at ECF No. 11 otherwise remains in full force and effect.

**<u>Scheduling Order Deadlines</u>**

| | |
|---|---|
| October 26, 2026: | Moving for joinder of additional parties and amendment of pleadings |
| November 12, 2026: | Plaintiffs' Rule 26(a)(2) disclosures |
| December 10, 2026: | Defendant's Rule 26(a)(2) disclosures |
| December 24, 2026: | Plaintiffs' rebuttal Rule 26(a)(2) disclosures |
| December 31, 2026: | Rule 26(e)(2) supplementation of disclosures and responses |
| January 25, 2027: | Discovery deadline; submission of status report |
| February 1, 2027: | Requests for admission |
| February 25, 2027: | Dispositive pretrial motions deadline |

Date:  August 7, 2026

_____/s/_____
Julie R. Rubin
United States District Judge

2