***IN THE UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF MARYLAND***

| | | |
|---|---|---|
| **SAINT PAUL'S BY-THE-SEA EPISCOPAL CHURCH, *et al.*** | * | |
| | * | |
| ***Plaintiff,*** | | **Case No.:**1:26-cv-02416-JRR |
| | * | |
| **v.** | | |
| | * | |
| **MAYOR AND CITY COUNCIL OF OCEAN CITY, MARYLAND** | * | |
| ***Defendant.*** | * | |

* * * * * * * * * * * *

**ENTRY OF APPEARANCE**

Please enter the appearance of Richard M. Kidney of the firm Cockey Brennan & Maloney, P.C. as co-counsel for Plaintiffs.

*/s/ Richard M. Kidney*

RICHARD M. KIDNEY, ESQUIRE
Federal Bar No. 31600
Cockey, Brennan & Maloney, P.C.
313 Lemmon Hill Lane
Salisbury, Maryland 21801
410-546-1750
Fax: 410-546-1811
kidney@cbmlawfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of August, 2026, a copy of the foregoing Entry of Appearance was electronically filed with the Clerk's office and served using this Court's electronic filing system, upon all persons entitled to receive such notice.

*/s/ Richard M. Kidney*
RICHARD M. KIDNEY, ESQUIRE